UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RODERICK DEWAYNE BIBBS, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:04-CV-1077 CAS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**JUDGMENT**

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered against Roderick Dewayne Bibbs in his action under 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** that movant has not made (1) a substantial showing of the denial of a constitutional right, such that reasonable jurists would find the Court's assessment of the constitutional claims debatable, or that the issues presented were adequate to deserve encouragement to proceed further, Miller-El v. Cockrell, 537 U.S. 322, 336 (2003), or (2) a showing that reasonable jurists would find it debatable whether the Court's procedural rulings are correct, and therefore this Court will not issue a certificate of appealability. See Slack v. McDaniel, 529 U.S. 473, 484-85 (2000).

                                                                                                                                                                               _____
                                                                                                      **CHARLES A. SHAW**
                                                                                                      **UNITED STATES DISTRICT JUDGE**

Dated this  30th  day of August, 2007.